# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TODD BOQUET, JR.

NO.  2019 KW 1705

APR 2 8 2020

---

In Re:   Todd Boquet, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 648691, 635187, 635840

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**  The district court did not err in denying relator's motion to clarify sentence.  If relator is making a complaint with regard to the computation of his sentence, La. R.S. 15:1171(B) grants authority to the Department of Public Safety and Corrections to adopt administrative remedy procedures to receive, hear, and dispose of complaints of time computations of sentences.  Any complaint pertaining to time computation must be made under the Corrections Administrative Remedy Procedure (CARP) as provided in La. R.S. 15:1171-79.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT